**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.194.241.149**

**ISP:** Comcast Cable
**Physical Location:** Medford, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/13/2017 10:33:10 | 539C984669577DA9FAB75E8B583EE747173394F4 | I Cook Naked |
| 09/08/2017 22:00:58 | 5A7878EC965C0D81EE121BA31280A6D997A6E54A | Hippie Chicks |
| 08/20/2017 16:25:45 | 6ED2A239551D79E2BC1C725943E63028B2D2E420 | Welcome To The Jungle |
| 08/16/2017 10:29:03 | F97F93E3158A32320D14957D0F81561D4E975F96 | A Rose A Kiss and A Bang |
| 08/16/2017 10:21:45 | C78A9E8E321A748771C0355D8E67E43431129054 | Fit For A Fuck |
| 08/07/2017 11:28:09 | 129256FBCD3A1354C07569499BEDEDD5A4F07535 | In the Garden of Ecstasy |
| 08/07/2017 11:02:35 | F8CD7CC5C06369C6292D06422F5BD2BD3EBBABD9 | Susie Up Close and Personal |
| 08/06/2017 13:05:36 | 517E98F569238F9AC582AE01AC66A7FE4106C827 | Green With Envy |
| 07/31/2017 10:21:33 | 1AA150644CD1BC5964EE9E05A139EA6ECA3DC850 | Sex For Three By The Sea |
| 07/29/2017 14:33:38 | 5572F32DDDEDA2E74F07E2E88BFAB7D745127C61 | Just Like Valentines Day |
| 07/29/2017 14:10:26 | 3FD93126635BD61C66DE4819193ECF7BFA453791 | Perfect Pussycat |
| 07/26/2017 11:41:44 | FA46F082FEF862CA29BBB1253F8F41BC02C03814 | Sympli Sexy Sybil |
| 07/24/2017 09:40:35 | EF5D4042CFC7494F6733F36965D3EA0535D62F09 | Luscious Lena |
| 07/23/2017 13:44:26 | 4958362B6CB2055416E046D4036BE5B05DACF4ED | Forbidden Fruit |
| 07/22/2017 22:01:02 | DC08EC7CD48C54600C190E7EB61E7D99C5425CD0 | An Afternoon Inside Kim |
| 07/22/2017 21:34:09 | 636E17DB0CB7106623ADF9F833A86A87CE38B488 | Like The First Time |
| 07/22/2017 19:44:27 | 2514B45A1B5B0C51A4C67BB44B637C508A9A76D7 | Definitely Not So Shy |
| 07/22/2017 19:40:54 | 8F36C719ED1FFAB12A681A1DD739784C9C541807 | Emerald Love |
| 07/22/2017 19:40:21 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 07/22/2017 13:31:47 | 8497FDD6A8A362EB466A1E9559015714080F2D3E | New Year Bang |
| 07/22/2017 13:19:43 | 889A7CBB83CB18B92167269F5D0B1CBDF2D73902 | Sex Games |
| 07/22/2017 11:30:06 | 724F9A18BE9C4E5C9783E6DAE4E210E5E732C885 | Introducing Milla |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/22/2017 11:09:43 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 07/21/2017 10:16:17 | A91D0A2D6848C86EA07F250B7C344C07AAD5DE35 | Love In Prague |
| 07/21/2017 10:09:23 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |
| 07/20/2017 11:04:37 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 07/20/2017 11:03:28 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 27**

EXHIBIT A

CNJ650